FILED'06 DEC 06 11:03USDC-ORP

WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DEBRA WENTZ,**                                                                CV # 05-1241-AS

    Plaintiff,

vs.                                                                                              ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $4,100.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 5 day of December, 2006.

                                                             United States District / Magistrate Judge

Submitted on December 4, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
    Attorney for Plaintiff

ORDER - Page 1